# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMES WHITMAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV418-101 |
| BRYAN KEITH HINTON, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Plaintiff James Whitman has requested a continuance of the hearing currently scheduled for February 24, 2020. Doc. 13. That motion is **GRANTED**. The hearing is **CONTINUED** until further Order from the Court. Counsel will receive notice of the hearing no less than thirty days before it is scheduled.

**SO ORDERED**, this <u>18th</u> day of February, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA