IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES WHITMAN,

    Plaintiff,

v.

BRYAN KEITH HINTON,

    Defendant.

CIVIL ACTION NO.: 4:18-cv-101

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's August 31, 2021, Report and Recommendation, (doc. 26), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Court **AWARDS** $75,000.00 total damages, comprised of $50,000.00 in compensatory damages and $25,000.00 in punitive damages. The Court further finds that plaintiff's counsel is entitled to $8,570.28 in attorney's fees, and $906.15 in costs. Pursuant to 42 U.S.C. § 1997e(d)(2), in the event that Plaintiff recovers his award of compensatory damages, 25% of that recovery, or any portion of it, shall be applied to satisfy the amount of attorney's fees awarded. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment and to close this case.

**SO ORDERED**, this 17th day of September, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA